UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Thomas Killion and Nicole Nelson,

Debtors.

Case No. 13-10561-TWD

Chapter: 7

DECLARATION OF JEFF FOODY IN SUPPORT OF RESPONSE TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE

I, Jeff Foody hereby declare as follows:

1. I am the Vice President of Reverse Mortgages Northwest and I have pertaining to the information in this declaration.

2. I have reviewed the reverse mortgage loan transaction for Thomas Killion who I understand is a Chapter 7 debtor in a pending bankruptcy case.

3. At this time, I have worked with another loan officer, Matt Dunn, to pre-approve a reverse mortgage on the property located at transaction with my oversight over the past few weeks and at 16328 27th Ave NE, Seattle, WA 98155, ("Residence").

4. Thomas Killion and Nicole Nelson have worked with my office to review the required disclosures and requirements for a reverse mortgage, along with an appraisal of their Residence. The appraisal came in at $300,000.00 and the reverse mortgage approval hereto as Exhibit A allows for a maximum "Lien Payoff" of $145,700.00 if Thomas Killion is the borrower for the reverse mortgage.

5. Since the first mortgage owing on September 3, 2013 was $60,568.95, I can estimate that at least $85,000.00 will be available to pay to their bankruptcy estate from the closing of the reverse mortgage through escrow.

DECLARATION OF JEFF FOODY IN SUPPORT OF
RESPONSE TO TRUSTEE'S MOTION FOR ORDER
APPROVING SALE

**HENRY, DeGRAAFF & McCORMICK, P.S.**
1833 N 105TH ST, SUITE 200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 13-10561-TWD    Doc 30    Filed 11/27/13    Ent. 11/27/13 18:22:28    Pg. 1 of 6

5. At this time, Nicole Nelson is the owner on title for the Residence but since Thomas Killion is 65 years old and is the only debtor eligible for the reverse mortgage, the transaction will require that Nicole Nelson quit claim deeds the property to Thomas Killion as his sole and separate property, he can take out reverse mortgage only in his name.

6. My office will also require Nicole Nelson to sign-off on this transaction after receiving counsel from a separate attorney. It is my understanding that she has a meeting set up with an attorney next week who will provide the final paperwork needed to make this transaction work.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this November 27, 2013           */s/ Jeff Foody*_____
                                       Jeff Foody

DECLARATION OF JEFF FOODY IN SUPPORT OF RESPONSE TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

# EXHIBIT A




# Amortization Schedule  -  Annual Projections

| | | |
|---|---|---|
| Borrower Name/Case Number: | **Thomas Killion / 20A-0000196** | |
| Age of Youngest Borrower: | **64** | |
| Interest Rate (Expected / Initial): | **5.060%  /  5.060%** | |
| Maximum Claim Amount: | **$300,000.00** | |
| Initial Principal Limit: | **$160,500.00** | |
| Initial Advance: | **$65.05** | |
| Lien Payoffs with Reverse Mortgage: | **$145,700.00** | |
| Financed Closing Costs: | **$14,734.95** | |

| | |
|---|---|
| Refinance: | **No** |
| Initial Property Value: | **$300,000.00** |
| Beg. Mortgage Balance: | **$160,500.00** |
| Expected Appreciation: | **4.000%** |
| Initial Line Of Credit: | **$0.00** |
| Monthly Payment: | **$0.00** |
| Monthly Servicing Fee: | **$0.00** |
| Mortgage Insurance (MIP) | **1.25%** |

NOTE: Actual interest charges and property value projections may vary from amounts shown. Available credit will be less than projected if funds withdrawn from line-of-credit.

| | | Annual Totals | | | | | End of Year Projections | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Yr | Age | SVC Fee | Cash Payment | MIP | Rate | Interest | Loan Balance | Line Of Credit | Property Value | Equity |
| 1 | 64 | $0 | $0 | $2,065 | 5.060% | $8,360 | $170,926 | $0 | $312,000 | $140,499 |
| 2 | 65 | $0 | $0 | $2,199 | 5.060% | $8,903 | $182,029 | $0 | $324,480 | $141,876 |
| 3 | 66 | $0 | $0 | $2,342 | 5.060% | $9,482 | $193,853 | $0 | $337,459 | $143,032 |
| 4 | 67 | $0 | $0 | $2,494 | 5.060% | $10,098 | $206,445 | $0 | $350,958 | $143,938 |
| 5 | 68 | $0 | $0 | $2,657 | 5.060% | $10,754 | $219,855 | $0 | $364,996 | $144,566 |
| 6 | 69 | $0 | $0 | $2,829 | 5.060% | $11,452 | $234,136 | $0 | $379,596 | $144,885 |
| 7 | 70 | $0 | $0 | $3,013 | 5.060% | $12,196 | $249,345 | $0 | $394,780 | $144,860 |
| 8 | 71 | $0 | $0 | $3,209 | 5.060% | $12,988 | $265,542 | $0 | $410,571 | $144,454 |
| 9 | 72 | $0 | $0 | $3,417 | 5.060% | $13,832 | $282,790 | $0 | $426,994 | $143,628 |
| 10 | 73 | $0 | $0 | $3,639 | 5.060% | $14,730 | $301,160 | $0 | $444,073 | $142,339 |
| 11 | 74 | $0 | $0 | $3,875 | 5.060% | $15,687 | $320,722 | $0 | $461,836 | $140,539 |
| 12 | 75 | $0 | $0 | $4,127 | 5.060% | $16,706 | $341,555 | $0 | $480,310 | $138,179 |
| 13 | 76 | $0 | $0 | $4,395 | 5.060% | $17,791 | $363,742 | $0 | $499,522 | $135,205 |
| 14 | 77 | $0 | $0 | $4,681 | 5.060% | $18,947 | $387,370 | $0 | $519,503 | $131,558 |
| 15 | 78 | $0 | $0 | $4,985 | 5.060% | $20,178 | $412,532 | $0 | $540,283 | $127,176 |
| 16 | 79 | $0 | $0 | $5,308 | 5.060% | $21,489 | $439,329 | $0 | $561,894 | $121,990 |
| 17 | 80 | $0 | $0 | $5,653 | 5.060% | $22,884 | $467,867 | $0 | $584,370 | $115,928 |
| 18 | 81 | $0 | $0 | $6,020 | 5.060% | $24,371 | $498,258 | $0 | $607,745 | $108,912 |
| 19 | 82 | $0 | $0 | $6,412 | 5.060% | $25,954 | $530,624 | $0 | $632,055 | $100,856 |
| 20 | 83 | $0 | $0 | $6,828 | 5.060% | $27,640 | $565,091 | $0 | $657,337 | $91,671 |
| 21 | 84 | $0 | $0 | $7,272 | 5.060% | $29,435 | $601,798 | $0 | $683,630 | $81,257 |
| 22 | 85 | $0 | $0 | $7,744 | 5.060% | $31,347 | $640,889 | $0 | $710,976 | $69,511 |
| 24 | 87 | $0 | $0 | $8,783 | 5.060% | $35,552 | $726,854 | $0 | $768,991 | $41,562 |
| 26 | 89 | $0 | $0 | $9,961 | 5.060% | $40,321 | $824,350 | $0 | $831,741 | $6,816 |
| 28 | 91 | $0 | $0 | $11,297 | 5.060% | $45,729 | $934,924 | $0 | $899,611 | $0 |
| 30 | 93 | $0 | $0 | $12,812 | 5.060% | $51,863 | $1,060,329 | $0 | $973,019 | $0 |
| 32 | 95 | $0 | $0 | $14,531 | 5.060% | $58,820 | $1,202,555 | $0 | $1,052,418 | $0 |
| 34 | 97 | $0 | $0 | $16,480 | 5.060% | $66,709 | $1,363,858 | $0 | $1,138,295 | $0 |
| 36 | 99 | $0 | $0 | $18,690 | 5.060% | $75,657 | $1,546,798 | $0 | $1,231,180 | $0 |

Thomas Killion                                                                                                                                      Date

Loan Officer Company NMLS #:    1477
Loan Officer  NMLS #:    253303
2008-2013 ReverseVision, Inc.    1248,540                          Page 1 of 1                          Printed: 11/25/2013
                                                                                                        AMORT / 0285

 

# Total Annual Loan Cost Rate

| | | | Refinance: | No |
|---|---|---|---|---|
| Borrower Name/Case Number: | **Thomas Killion / 20A-0000196** | | | |

| **LOAN TERMS** | | **MONTHLY LOAN CHARGES** | |
|---|---|---|---|
| Age of Youngest Borrower: | **64** | Servicing Fee: | **$0.00** |
| Property Value: | **$300,000.00** | Mortgage Insurance: | **1.25% annually** |
| Initial Interest Rate: | **5.060%** | **OTHER CHARGES** | |
| Monthly Advance: | **$0.00** | Shared Appreciation: | **None** |
| Length of Term: | | | |
| Initial Advance: | **$65.05** | | |
| Lien Payoffs with Reverse Mortgage: | **$145,700.00** | | |
| Initial Line Of Credit: | **$0.00** | | |
| **INITIAL LOAN CHARGES** | | **REPAYMENT LIMITS** | |
| Mortgage Insurance Premium: | **$7,500.00** | Net proceeds estimated at 93% of projected home sale | |
| Other Closing Costs: | **$7,234.95** | | |
| POC Closing Costs: | **$575.00** | | |
| Annuity Cost: | **$0.00** | | |

**Total Annual Loan Cost Rate**

| Appreciation Rate | Disclosure Period (Years) | | | |
|---|---|---|---|---|
| | 2 Years | 10 Years | 19 Years | 27 Years |
| 0% | 11.808% | 6.750% | 3.498% | 2.449% |
| 4% | 11.808% | 7.413% | 6.904% | 6.547% |
| 8% | 11.808% | 7.413% | 6.904% | 6.737% |

The cost of any reverse mortgage loan depends on how long you keep the loan and how much your house appreciates in value. Generally, the longer you keep a reverse mortgage, the lower the total annual loan cost rate will be.

This table shows the estimated cost of your reverse mortgage loan, expressed as an annual rate. It illustrates the cost for four loan terms: 2 years, half of life expectancy for someone your age, that life expectancy, and 1.4 times that life expectancy. The table also shows the cost of the loan, assuming the value of your home appreciates at three different rates: 0%, 4% and 8%.

The total annual cost rates in this table are based on the total charges associated with this loan. These charges typically include principal, interest, closing costs, mortgage insurance premiums, annuity costs and servicing costs (but not disposition costs--costs when you sell the home).

The rates in this table are estimates. Your actual cost may differ if, for example, the amount of your loan advances varies or the interest rate on your mortgage changes. You may receive projections of loan balances from counselors or lenders that are based on an expected average mortgage rate that differs from the initial interest rate .

**SIGNING AN APPLICATION OR RECEIVING THESE DISCLOSURES DOES NOT REQUIRE YOU TO COMPLETE THIS LOAN**

_____
Thomas Killion

_____
Date

Loan Officer Company NMLS #: 1477
Loan Officer NMLS #: 253303
2008-2013 ReverseVision, Inc.  1248,540   Page 1 of 1

Printed: 11/25/2013
TALC / 0035

# Reverse Mortgage Comparison

**From:** Jeff Foody, Reverse Mortgage Northwest
4949 Meadows Rd. , Ste 150, Lake Oswego, OR , OR 97035
Phone: 503-427-1667

**Estimates For:** Thomas Killion   Date Of Birth: 12/5/1949
16328 27th Avenue NE
Seattle, Washington 98155

**Closing Date:** 12/30/2013 (estimate)



| Rates and Fees | NEW PA Fixed | NEW PA Libor |
|---|---|---|
| Margin | N/A | 2.250% |
| Initial Interest Rate | 5.060% | 2.416% |
| Expected Interest Rate | 5.060% | 4.930% |
| Ongoing Mortgage Insurance Rate | 1.25% | 1.25% |
| Cap on Interest Rate | 5.060% | 12.416% |
| Initial Line of Credit Growth | N/A | 3.666% |
| **Calculation** | | |
| Home Value | $300,000.00 | $300,000.00 |
| Maximum Claim Amount | $300,000.00 | $300,000.00 |
| **Principal Limit** | **$160,500.00** | **$160,500.00** |
| - IMIP | $7,500.00 | $7,500.00 |
| - Origination Fee | $5,000.00 | $5,000.00 |
| - Other Costs | $2,234.95 | $2,234.95 |
| + Credits | $0.00 | $0.00 |
| **Remaining Principal Limit** | **$145,765.05** | **$145,765.05** |
| - Liens and Mortgages | $145,700.00 | $145,700.00 |
| - Repair Set Aside | $0.00 | $0.00 |
| - 1st Year Tax and Insurance Set Aside | $0.00 | $0.00 |
| **Total Mandatory Obligations** | **$160,434.95** | **$160,434.95** |
| % of Principal Limit | 99.96% | 99.96% |
| **Initial Disbursement Limit** | **$160,500.00** | **$160,500.00** |
| % of Principal Limit | 100.00% | 100.00% |
| - Additional Tax and Insurance Set Aside | $0.00 | $0.00 |
| **Net Principal Limit** | **$65.05** | **$65.05** |
| **Available Funds and Requested Payments** | | |
| **Max Available Cash at Closing** | **$65.05** | **$65.05** |
| Cash Request | $65.05 | $0.00 |
| **Total Line Of Credit** | N/A | $65.05 |
| Line Of Credit Available 1st Year | $0.00 | $65.05 |
| Line Of Credit Available After 1st Year | $0.00 | $0.00 |
| **Available Monthly Tenure Payment 1st Year** | **$0.00** | **$0.37** |
| Monthly Payment 1st Year | $0.00 | $0.00 |
| **Available Monthly Tenure Payment** | **$0.00** | **$0.37** |
| Monthly Payment Request | N/A | $0.00 |
| **Initial Loan Balance** | **$160,500.00** | **$160,434.95** |
| Unavailable Principal Limit | $0.00 | $0.00 |

The above numbers are calculated based upon the specified interest rates and the estimated closing date noted above. Changes in interest rates and/or changes in actual closing dates may cause the amounts available to be higher or lower than stated.

_____
Thomas Killion

_____
Date

Loan Officer Company NMLS #: 1477
Loan Officer NMLS #: 253303
2008-2013 ReverseVision, Inc. 1248,540

