JUDGE: Timothy W Dore
CHAPTER: 7
HEARING: December 6, 2013
Continued to: December 13, 2013

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

KILLION, THOMAS R AND NELSON, NICOLE M

Debtor(s).

No. **13-10561-TWD**

**TRUSTEE'S DECLARATION REGARDING SUBMISSION OF AGREED ORDER**

Michael B. McCarty declares under penalty of perjury under the laws of the State of Washington as follows:

1.      I am the Chapter 7 Trustee for the above captioned case.

2.      I filed a motion to approve a sale of the debtors' residence for $299,950.00.

3.      The debtors objected and asserted that they would pay a net equivalent amount by obtaining a reverse mortgage on the property,

4.      The buyers then raised their offer to $325,000.00.

5.      The debtors then stated that they would pay the estate $114,000 to the estate which is a very rough equivalent to the net amount the estate would receive if there were a sale rather than a buyout by the debtors.

6.      The buyers agreed to postpone closing on the transaction to allow the debtors thirty days to close a transaction where by they would pay the estate 114,000.00.

7.      The Trustee agrees to this resolution as do the debtors who have agreed to the entry of this Order.

**Law Offices of Michael B. McCarty**
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-2516

Page 1

Case 13-10561-TWD   Doc 35   Filed 12/12/13   Ent. 12/12/13 11:23:52   Pg. 1 of 2

8.      If the debtors are unable to pay the estate 114,000.00 from the date of entry of this Order then the buyers may close the sale at a price of $325,000.00.

9.      A received unsigned agreed Order is submitted herewith.

Dated:   December 12, 2013


*/s/Michael B. McCarty*_____
Michael B. McCarty, WSBA#13162
Trustee

**Law Offices of Michael B. McCarty**
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-2516

Page 2

Case 13-10561-TWD    Doc 35    Filed 12/12/13    Ent. 12/12/13 11:23:52    Pg. 2 of 2