# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>THOMAS KILLION and<br>NICOLE NELSON<br><br><br>Debtor(s). | No.    13-10561-TWD<br><br>REPORT ON SALE |

COMES NOW the Trustee, Michael B. McCarty, and reports that the Court approved sale has been completed.  From said sale the Trustee received gross proceeds in the amount of $167,431.26.  From such funds the following constructive disbursements were made:

| | | |
|---|---|---:|
| Gross Proceeds from Sale | $ | 160,500.00 |
| Borrower Funds to Close: | $ | 6,919.31 |
| Lender Credit: | $ | 11.95 |
| | | |
| Secured Claim (Chase) | $ | 59,018.29 |
| Escrow and Title Costs | $ | 1,740.02 |
| Origination Fee | $ | 5,136.95 |
| Credit Report | $ | 18.00 |
| Flood Certification | $ | 18.00 |
| Mortgage Insurance | $ | 7,500.00 |
| | | |
| Net Proceeds to the Estate | $ | 94,000.00 |

Therefore the net proceeds received by the estate were $94,000.00.  Attached hereto, incorporated herein by this reference, is a copy of the Settlement Statement.

Dated this April 18, 2014.

*/s/ Michael B. McCarty*
Michael B. McCarty, Trustee

REPORT ON SALE

LAW OFFICES OF MICHAEL B. McCARTY
400 WARREN AVENUE SUITE #411
BREMERTON, WA  98337
(360) 377-2516
MICHAEL@MCCARTYTRUSTEE.COM